AAS:DKK/MTK/JEA
F. #2018R00673

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 20 2019 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

ASHIQUL ALAM,

     Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

I N D I C T M E N T

CR 19 280
(T. 18, U.S.C., §§ 922(k), 924(a)(1)(B), 924(d)(1) and 3551 et seq.; T. 21, U.S.C., § 853(p); T. 28, U.S.C., § 2461(c))

DeARCY HALL, J.

LEVY, M.J.

THE GRAND JURY CHARGES:

<u>POSSESSION OF A FIREARM WITH AN OBLITERATED SERIAL NUMBER</u>

  1. On or about June 6, 2019, within the Eastern District of New York, the defendant ASHIQUL ALAM did knowingly and intentionally possess and receive a firearm, to wit: a Glock 19 9mm semiautomatic pistol, which firearm had the manufacturer's serial number removed, obliterated and altered and which had been shipped and transported in interstate and foreign commerce.

  (Title 18, United States Code, Sections 922(k), 924(a)(1)(B) and 3551 et seq.)

<u>CRIMINAL FORFEITURE ALLEGATION</u>

  2. The United States hereby gives notice to the defendant that, upon his conviction of the offense charged herein, the government will seek forfeiture in accordance with Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), which require the forfeiture of any firearm or ammunition involved in or used in any knowing violation of Title 18, United States Code, Section 922(k), including, but

not limited to, one Glock 19 9mm semi-automatic pistol and ammunition recovered from the defendant on June 6, 2019.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Section 924(d)(1); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c))

A TRUE BILL

_____
FOREPERSON

_____
RICHARD P. DONOGHUE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F.#: 2018R00673

FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

ASHIQUL ALAM,

Defendant.

# INDICTMENT

(T. 18, U.S.C., §§ 922(k), 924(a)(1)(B), 924(d)(1) and 3551 et seq.; T. 21, U.S.C., § 853(p); T. 28, U.S.C., § 2461(c)))

*A true bill.*

_____
*Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____
*Clerk*

Bail, $ _____

_____

*David Kessler, Michael Keilty, Jonathan Algor, Assistant U.S. Attorneys (718) 254-7202/7528/6248*