

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

JEA
F. #2018R00673

*271 Cadman Plaza East
Brooklyn, New York 11201*

September 25, 2019

By ECF

Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

>   Re:   United States v. Ashiqul Alam
>         Criminal Docket No. 19-280 (LDH)

Dear Judge DeArcy Hall:

The government respectfully requests that the Court adjourn the status conference scheduled for September 27, 2019, until October 31, 2019. The government further requests that the Court exclude time under the Speedy Trial Act between September 27 and October 31, 2019, to allow the parties to engage in further plea negotiations that could result in a disposition of this case without trial, and for the government to continue to produce additional discovery. The defendant consents to the adjournment and to the exclusion of time.

>   Very truly yours,
>
>   RICHARD P. DONOGHUE
>   United States Attorney
>
>   By:   /s/ Jonathan E. Algor
>         Jonathan E. Algor
>         Assistant U.S. Attorney
>         (718) 254-6248

Cc: Defense counsel (by ECF)