

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MTK
F. #2018R00673

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 17, 2020

By ECF

Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. Ashiqul Alam
          Criminal Docket No. 19-280 (LDH)

Dear Judge DeArcy Hall:

      The government writes in response to the Court's request for an update in the above-referenced matter in light of the Court's adjournment of the March 27, 2020 status conference due to the ongoing public health crisis. The parties can jointly report that fruitful plea negotiations were ongoing prior to the interruptions caused by the COVID-19 virus. It is the expectation of both parties that these negotiations will resume in full as soon as defense counsel is able to once again meet with his client at the MDC. At this time, the parties believe that these negotiations will ultimately yield a disposition in this matter short of trial. After conferring with defense counsel this evening, the defendant consents to the exclusion of time from March 27, 2020 to May 19, 2020.

      Respectfully submitted,

      RICHARD P. DONOGHUE
      United States Attorney

By:   /s/ Michael T. Keilty
      Michael T. Keilty
      Assistant U.S. Attorney
      (718) 254-7528

Cc: Defense counsel (by ECF)