

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

DKK
F. #2018R00673

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 8, 2020

<u>By ECF</u>

Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Ashiqul Alam
     <u>Criminal Docket No. 19-280 (LDH)</u>

Dear Judge DeArcy Hall:

  The government writes in response to the Court's request for an update in the above-referenced matter in light of the Court's adjournment of the October 14, 2020 status conference to November 20, 2020 because of the ongoing public health crisis. The government has conferred with defense counsel, who represents that plea negotiations have been slowed by that ongoing crisis, but the parties believe that they continue to make progress toward a potential disposition short of trial. On October 7, 2020, defense counsel informed the government that the defendant consents to the exclusion of time from October 7, 2020 to November 20, 2020. The government respectfully requests that the Court enter an order on the docket to exclude such time in the interests of justice.

           Respectfully submitted,

           SETH D. DuCHARME
           Acting United States Attorney

     By: <u>/s/ David K. Kessler</u>
        David K. Kessler
        Michael T. Keilty
        Jonathan E. Algor
        Assistant U.S. Attorneys
        (718) 254-7000

Cc: Defense counsel (by ECF)