**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

January 4, 2021

<u>BY ECF</u>

The Hon. LaShann DeArcy Hall
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *United States v. Ashiqul Alam*, No. 19 Cr. 280 (LDH)

Your Honor:

This office represents Ashiqul Alam. I respectfully request that the status conference currently scheduled for January 8, 2021, at 9:30 a.m. be adjourned for 30 days. The government does not object.

The reason for this application is that I am waiting to review with Mr. Alam certain materials provided by the government in connection with plea negotiations. In-person visitation is currently prohibited at the MDC, and because Mr. Alam's unit is under quarantine due to an outbreak of Covid-19, the facility is not permitting video calls either. In light of this delay and ongoing plea negotiations, the defense does not object to the exclusion of speedy trial time in the interim.

Respectfully submitted,

/s James Darrow

James Darrow
Assistant Federal Defender
Tel. 718.407.7419
james_darrow@fd.org

*Attorneys for Ashiqul Alam*

cc:   Counsel of record (by ECF)