RECEIVED
APR 19 2021
PRO SE OFFICE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 19 2021 ★
BROOKLYN OFFICE

To Judge Lashann DeArcy Hall,

I have been detained since June 2019. I have never looked at any discovery neither has it been provided to me. My lawyer James Darrow says it is classified. I know thats not true and I know he is lying to me. And he was constantly pressuring me to plead guilty and he threatend me that I would get 20 years if I went to trial. I would like a speedy trial as is the constituational right provided to defendents. My lawyer may file pretrial motions as relevent but I object to any exclusion of time on the speedy trial clock. If he is unable to do so I request a change of counseal who is able. My priority is the trial. If all counsel is unable than I wish to proceed to trial and reserve the right to file motions post-trial as allowed by law.

Sincearly,
Ashiqul Alam

Ashiqul Alam
88740-053
MDC Brooklyn
Metropolitian Detention Center
P.O. Box 329002
Brooklyn, NY 11232

NEW YORK NY  100
14 APR 2021  PM 6  L

LaShann DeArcy Hall
225 CADMAN PLAZA EAST
Brooklyn, NY 11201

USMS

11201-183299