

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DKK
F. #2018R00673

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 23, 2021

By ECF

The Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

    Re: United States v. Ashiqul Alam
       Criminal Docket No. 19-280 (LDH)

Dear Judge DeArcy Hall:

  On Friday, December 17, 2021, the above-referenced defendant pleaded guilty before the Honorable Robert M. Levy, United States Magistrate Judge for the Eastern District of New York. By this letter, the government respectfully requests that the Court accept the defendant's guilty plea.

  The government encloses a transcript of the December 17 proceeding, at the conclusion of which Magistrate Judge Levy recommended that this Court accept the defendant's guilty plea (see Tr. at 32), and a proposed order.

         Respectfully submitted,

         BREON PEACE
         United States Attorney

      By: /s/ David K. Kessler
         David K. Kessler
         Jonathan E. Algor
         Assistant U.S. Attorneys
         (718) 254-7000

cc: Clerk of Court (LDH) (By ECF)
   Defense Counsel (By ECF)

DKK
F. #2018R00673

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

ASHIQUL ALAM,

               Defendant.

- - - - - - - - - - - - - - - - - - -X

[PROPOSED]

ORDER ACCEPTING
GUILTY PLEA

Docket No. 19-CR-280 (LDH)

        IT IS THE FINDING of the Court, based upon a review of the transcript of the guilty plea of the defendant, offered on December 17, 2021, before United States Magistrate Judge Robert M. Levy, that the defendant pleaded guilty knowingly and voluntarily, and there is a factual basis supporting the defendant's plea of guilty.

        IT IS HEREBY ORDERED that the guilty plea of the defendant, offered on December 17, 2021, before Magistrate Judge Levy is accepted.

        IT IS SO ORDERED.

_____
THE HONORABLE LASHANN DEARCY HALL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK

Dated: Brooklyn, New York
       _____, 2021