# CRIMINAL CAUSE FOR PLEADING

BEFORE: <u>**MAGISTRATE JUDGE LEVY**</u>   DATE: <u>12/17/21</u>

<u>  19  </u> CR <u>  280  </u>   <u>**United States v. Alam**</u>

DEFENDANT: <u>Ashiqul Alam</u>
  <u>X</u> present  ___ not present    <u>X</u> cust.  ___ bail

DEFENSE COUNSEL:  <u>Morris Fodeman</u>
  <u>X</u> present  ___ not present    ___ CJA  <u>X</u> RET  ___ FD

AUSA: <u>David Kessler</u>   CLERK: <u>Alexia Ramirez</u>

INTERPRETER: _____

RECORDING START / END TIME: <u>11:42-12:20 (Recorded via Zoom; Saved to F Drive</u>

<u>X</u>   CASE CALLED        ___ DEFT'S FIRST APPEARANCE
DEFT: <u>X</u> SWORN        ___ ARRAIGNED   <u>X</u> INFORMED OF RIGHTS

___   WAIVER OF INDICTMENT FILED
___   INFORMATION FILED
___   DEFT ENTER GUILTY PLEA TO THE INFORMATION
<u>X</u>   DEFT. WITHDRAWS NOT GUILTY PLEA AND ENTERS GUILTY PLEA TO COUNT <u> 1 </u> OF THE INDICTMENT
<u>X</u>   COURT FINDS FACTUAL BASIS FOR THE PLEA
<u>X</u>   SENTENCING SET AT A LATER DATE BY JUDGE DEARCY HALL
___   SENTENCING TO BE SET BY PROBATION
___   BAIL: ___ SET  ___ CONT'D FOR DEFT.  ___ CONT'D IN CUSTODY
___   CASE ADJOURNED TO _____ AT
___   TRANSCRIPT ORDERED:

OTHER: <u>Under the CARES Act, Judge Levy found that it was not practicable or safe to hold the proceeding in person as a result of the pandemic, and that it was in the interest of justice to proceed remotely. All parties consented to the video proceeding. Pursuant to Federal Rule 11 of Criminal Procedure, the Magistrate Judge did administer the allocution. A finding has been made that the plea was made knowingly and voluntarily and the plea was not coerced. Judge Levy recommends that the plea of guilty be accepted.</u>